# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN<br><br>Plaintiff(s),<br><br>v.<br><br>TRAVELMASTERS, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:18–cv–00034–CJC–KES<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   2/21/2018

Document Number(s):   8

Title of Document(s):   Answer to complaint

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1–1 No Notice of Interested Parties and/or no copies.

Other:

A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: February 22, 2018          By:  /s/ *Trina Debose  714 338 4568*
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS